**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01013-CV

**MAXIMUSALLIANCE PARTNERS, LLC, Appellant**

**V.**

**KATOEN NATIE NV, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16379-H**

## ORDER

We **GRANT** Appellee's Motion for Extension of time to file brief. Appellee is **ORDERED** to file the brief no later than November 24, 2015.

/s/    CRAIG STODDART
       JUSTICE